**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD SCHULTZ, on behalf of himself and all others similarly situated,<br><br><br>Plaintiff,<br>v.<br><br><br>SCENTBIRD, INC.<br><br><br>Defendant. | **Case No.: 1:24-cv-10096**<br><br>**NOTICE OF SETTLEMENT AS TO SCENTBIRD, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff, Richard Schultz, ("Plaintiff") and Defendant Scentbird, Inc ("Scentbird") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Scentbird, Inc. Plaintiff also request that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

RESPECTFULLY SUBMITTED this 20th day of December, 2024.

1

*/s/ Paul Camarena*

Paul Camarena
1016 W. Jackson, No. 32
Chicago, IL 60607
Tel: (312) 493-7494
Email:northandsedgwicklaw@gmail.com
*Attorney for Plaintiff*